UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TIMOTHY ALLEN HINES | CIVIL ACTION NO. 07-2164 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment (Record Document 7) is **GRANTED** and Plaintiff's civil action is **DISMISSED WITH PREJUDICE** as untimely.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 19th day of August, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE